NUMBER 13-07-542-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________

 

IN THE INTEREST OF J.R.R., AND J.T., MINOR CHILDREN


__________________________________________________________


On appeal from the County Court at Law No. 5 


of Nueces County, Texas.


_________________________________________________________ 


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Luis Tilley, seeks to appeal a judgment signed on May 29, 2007,
terminating his parental rights. Appellant filed a motion for new trial in this Court and a
motion for appointment of counsel in which he indicated he was indigent. The Court
dismissed the motion for new trial for want of jurisdiction and abated the matter to the trial
court for consideration of appellant's request for appointment of counsel. 

 We have now received and reviewed the trial court's findings on this issue. We
would note that the trial court appointed counsel for the purposes of the required hearing. 
The trial court found that appellant had multiple opportunities to request that an attorney
be appointed to represent him in this matter, but failed to make such a request until "long"
after the judgment was signed. The trial court further found that the appeal was frivolous. 
Based on the foregoing, we deny appellant's request for appointment of counsel. We have also received and reviewed the clerk's record. Section 263.405(b) of the
Texas Family Code requires an appellant to file, not later than the fifteenth day after a final
order is signed, a statement "of the point or points on which the party intends to appeal." 
Tex. Fam. Code Ann. § 263.405(b) (Vernon Supp. 2006). An appellate court may not
consider any issue that was not specifically presented to the trial court in a timely filed
statement of the points on which the party intends to appeal. See id. § 263.405(i) (Vernon
Supp. 2006). The record in the instant case fails to include a timely filed statement of
points. The statute is clear that a party who does not file a statement of the points on
appeal within fifteen days does not preserve any issues for appeal. Tex. Fam. Code Ann.
§ 263.405(i); In re R.M.R., 218 S.W.3d 863, 864 (Tex. App.-Corpus Christi 2007, no pet.);
In re M.N., 230 S.W.3d 248, 249 (Tex. App.-Eastland 2007, pet. filed); In re T.T., 228
S.W.3d 312 (Tex. App.-Houston [14th Dist.] 2007, pet. denied); In re J.W.H., 222 S.W.3d
661 (Tex. App.-Waco 2007, no pet.); In re D.A.R., 201 S.W.3d 229 (Tex. App.-Fort Worth
2006, no pet.). 

 In a situation such as this, where the statement of points was untimely filed, under
the express terms of the statute, there is no contention of error that can be raised that we
may consider on appeal. In re R.M.R., 218 S.W.3d at 864. Accordingly, we affirm the
judgment of the trial court. Appellant's motion to file an out-of-time appeal is dismissed as
moot.

 PER CURIAM

Memorandum Opinion delivered and filed 

this the 10th day of January, 2008.